179 So.2d 276

## Sullivan BAILEY

v.

## AMERICAN MARINE AND GENERAL INSURANCE COMPANY.

### No. 47952.

Nov. 8, 1965.

In re: Sullivan Bailey applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 178 So.2d 279.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.